In the Matter of the Accounting of GEORGE W. BACON et al., as Executors of CAROLINE T. BACON, Deceased, Appellants.

DELVINA BOULANGER, Respondent.

(Submitted May 20, 1935; decided June 4, 1935.)

*William J. Carr* for appellants.

*Thomas M. Brassel* for respondent.

Order of the Appellate Division and decree of the Surrogate's Court reversed and matter remitted to the Surrogate's Court for a rehearing, with costs to abide the event. The evidence is insufficient to sustain the claim. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.